United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**
**CIVIL No. 4:26-cv-07008**

| | | |
|---|---|---|
| **ALDO GUILLERMO HUERTA TAPIA,**<br>A#: **222-580-691**<br><br>Petitioner<br><br>v.<br><br>RAYMOND THOMPSON, in his official capacity as Warden of the Montgomery County Processing Center;<br><br>BRET BRADFORD, in his official capacity as Field Office Director of ICE Enforcement and Removal Operations Houston Field Office;<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security;<br><br>TODD BLANCE in their official capacity as Attorney General of the United States,<br><br>Respondents. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | **VERIFIED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**PURSUANT TO 28 U.S.C § 2241** |

**ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Having considered Petitioner's Motion for Voluntary Dismissal Without Prejudice, the Court GRANTS the motion.

This action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). All pending motions are DENIED AS MOOT. Each party shall bear its own costs.

SIGNED on November 9, 2026.

George C. Hanks Jr.
UNITED STATES DISTRICT JUDGE